B1 (Official Form 1) (04/13)

## United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Richard Supply Co., Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba Richard Supply | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 11-1545884 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>1963 Union Boulevard<br>Bayshore, NY<br><br>ZIPCODE 11706 | Street Address of Joint Debtor (No. and Street, City, and State<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Suffolk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other   Plumbing Supply

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

**B1 (Official Form 1) (04/13)**                                                                                               **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Richard Supply Co., Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>      Signature of Attorney for Debtor(s)              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) **Page 3**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Richard Supply Co., Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   (Date)

**Signature of Attorney***

X   /s/ Heath S. Berger
   _____
   Signature of Attorney for Debtor(s)

HEATH S. BERGER hb-7802
   Printed Name of Attorney for Debtor(s)

Berger, Fischoff & Shumer, LLP
   Firm Name

40 Crossways Park Drive
   Address

Woodbury, NY 11797
   _____

516-747-1136
   Telephone Number

02/26/2015
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
   Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
   Address

_____

X _____

_____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Marc D. Rifkin
   _____
   Signature of Authorized Individual

MARC D. RIFKIN
   Printed Name of Authorized Individual

Vice President
   Title of Authorized Individual

02/26/2015
   Date

B6 Cover (Form 6 Cover) (12/07)

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6A (Official Form 6A) (12/07)

In re   Richard Supply Co., Inc.                                    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM****- PDF-XChange 4.0

B6B (Official Form 6B) (12/07)

In re    Richard Supply Co., Inc.
                    **Debtor**

Case No.
                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating account, New York Community Bank; Account no.: .....3620<br>Payroll account, New York Community Bank;  Account no.:....3633<br>Checking account, Citibank; Account no.: .....8410 | | 7,301.26<br><br>5,953.03<br><br>256.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM****** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07) -- Cont.

In re  Richard Supply Co., Inc.                                    Case No. 
_____                                   _____
           **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Various | | 118,383.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Debtor has a claim against Liberty Eagle Plumbing & Heating & Robert Joscelyn; collection account<br>Debtor has a claim against Snap Plumbing; collection account | | Unknown<br><br>Unknown |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 GMC Rack Truck 115,000 miles<br>2004 Ford E250 Van 152,000 miles | | 2,000.00<br>1,999.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equipment- Desks, Chairs, Computers & Filing Cabinets | | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

**B6B (Official Form 6B) (12/07) -- Cont.**

In re __Richard Supply Co., Inc._____     Case No. _____
          **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Miscellaneous equipment- 1985 Hilo Forklift GP040AFN0AV092, Warehouse Shelving & Hand Trucks | | 5,000.00 |
| 30. Inventory. | | Inventory- Saleable Materials | | 200,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached     Total     $     345,892.29

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**B6C (Official Form 6C) (04/13)**

In re __Richard Supply Co., Inc._____     Case No. _____

                    **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐    11 U.S.C. § 522(b)(2)

☐    11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07)**

**In re** Richard Supply Co., Inc. _____ ,    **Case No.** _____
            **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Citibank <br> 100 Citibank Drive <br> Bldg 1-Flr 1 <br> San Antonio TX 78245 | | | Incurred: Prior to 10/14 <br> Lien: Line of Credit <br> Security: All Assets <br><br> VALUE $ 345,892.29 | | | | 250,000.00 | 0.00 |
| ACCOUNT NO. <br> New York Commercial Bank <br> One Jericho Plaza <br> Wing B 2nd Floor <br> Jericho NY 11753 | | | Incurred: Prior to 10/14 <br> Lien: Line of Credit <br> Security: All Assets <br><br> VALUE $ 345,892.29 | | | | 750,000.00 | 404,107.71 |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |

0 continuation sheets attached

Subtotal ▷ (Total of this page) | $ 1,000,000.00 | $ 404,107.71
Total ▷ (Use only on last page) | $ 1,000,000.00 | $ 404,107.71

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13)

In re_____Richard Supply Co., Inc._____,    Case No._____
                     Debtor                                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM****-PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re _Richard Supply Co., Inc._____, Case No._____
  Debtor                                                                      (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0__ **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07)

In re    Richard Supply Co., Inc._____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Acetylene Supply Company<br>PO Box 607<br>Princeton Junction NJ 08550-0607 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 4,897.46 |
| ACCOUNT NO.<br>Acme Heat & Power Inc<br>590 Oaks Street<br>Copiauge NY 11726 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 74.60 |
| ACCOUNT NO.<br>AF Suuply Co<br>1000 South 2nd Street<br>Harrison NJ 07029 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 61.10 |
| ACCOUNT NO.<br>AFA Protective Systems Inc<br>155 Michael Drive<br>Syosset NY 11791 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 901.02 |

___20___ continuation sheets attached

Subtotal ⊳ | $ | 5,934.18

Total ⊳ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Richard Supply Co., Inc._____,          Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Altherm Inc<br>255 Humphrey Street<br>Englewood NJ 07631 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 31.95 |
| ACCOUNT NO.<br><br>American Express<br>PO Box 981535<br>El Paso TX 79998-1535 | | | Incurred: Prior to 10/14<br>Consideration: Credit card debt | | | X | 24,595.05 |
| ACCOUNT NO.<br><br>American Solutions for Business<br>8479 Solution Center<br>Chicago IL 60677-8004 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 577.24 |
| ACCOUNT NO.<br><br>As America Inc<br>PO Box 202893<br>Dallas TX 75320-2893 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 268.63 |
| ACCOUNT NO.<br><br>Asap Sales Corp<br>201 Montrose Road<br>Westbury NY 11590 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 4,933.59 |

Sheet no. _1_ of _20_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $    30,406.46

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,          Case No. _____
                **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T Credit Card<br>PO Box 6284<br>Sioux Falls SD 57117-6284 | | | Incurred: Prior to 10/14<br>Consideration: Credit card debt | | | X | 26,480.90 |
| ACCOUNT NO.<br><br>Augustus & Patricia Nazzaro<br>Napoli Bern Ripka Shkolnik & Assoc LLP<br>Empire State Bldg<br>250 5th Ave #7413<br>New York NY 10118 | | | Incurred: Prior to 10/14<br>Consideration: Claim for asbestos exposure | X | X | X | Unknown |
| ACCOUNT NO.  0101944595<br><br>Avaya<br>14400 Hertz Qual Spring Pkwy<br>Oklahoma City OK 73134 | | | Incurred: Prior to 10/14<br>Consideration: Lease | | | | Unknown |
| ACCOUNT NO.<br><br>Boshart Industries<br>4500 Pell Drive Ste A<br>Sacramento CA 95838 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 3,040.56 |
| ACCOUNT NO.<br><br>Bruco Products<br>4934 Starr SE<br>Grand Rapids MI 49546 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 570.43 |

Sheet no. __2__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  30,091.89

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Richard Supply Co., Inc._____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bud Rothenburg Associates<br>104 Rushmore Street<br>Westbury NY 11590 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 5,618.95 |
| ACCOUNT NO.<br><br>Budshore Inc<br>1912-1914 Union Blvd<br>Bayshore NY 11706 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 10.85 |
| ACCOUNT NO.<br><br>Bug Free Exterminating Inc<br>PO Box 8<br>Mastic NY 11950 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 39.11 |
| ACCOUNT NO.<br><br>Cablevision of Islip<br>PO Box 9202<br>Uniondale NY 11555-9202 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 124.01 |
| ACCOUNT NO.<br><br>Canplas LLC<br>PO Box 637994<br>Cincinnati OH 45263-7994 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 9,371.91 |

Sheet no. 3 of 20 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  15,164.83

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,          Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capuano Home Appliance Sales<br>215A Central Ave<br>East Farmingdale NY 11735 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,357.61 |
| ACCOUNT NO.<br><br>Cash Acme<br>PO Box 934489<br>Atlanta GA 31193-4489 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 2,584.20 |
| ACCOUNT NO.<br><br>Cello Products Inc<br>210 Avenue Road<br>Cambridge Ontario CA NIR 8H5 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 37,203.76 |
| ACCOUNT NO.<br><br>Chase Credit Card<br>PO Box 15123<br>Wilmington DE 19850-5123 | | | Incurred: Prior to 10/14<br>Consideration: Credit card debt | | | X | 38,318.26 |
| ACCOUNT NO.<br><br>Citi Credit Card<br>PO Box 6004<br>Sioux Falls SD 57117-6004 | | | Incurred: Prior to 10/14<br>Consideration: Credit card debt | | | X | 27,979.32 |

Sheet no. __4__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  107,443.15

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Richard Supply Co., Inc._____,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CNA <br> PO Box 382033 <br> Pittsburg PA 15250-8033 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 1,081.80 |
| ACCOUNT NO. <br><br> Dellon Sales Company <br> 5 Albertson Avenue <br> Albertson NY 11507 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | X | 12,871.82 |
| ACCOUNT NO. <br><br> Delta Faucet Company <br> Dept 78702 <br> PO Box 78000 <br> Detroit MI 48278-0702 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | X | 12,573.63 |
| ACCOUNT NO. <br><br> Dickson Industries LLC <br> 4805 8th Avenue <br> Brooklyn NY 11220 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 110.00 |
| ACCOUNT NO. <br><br> Diversified Heat Transfer <br> 439 Main Road <br> Rte 202 <br> Towaca NJ 07082 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 1,272.04 |

Sheet no. __5__ of _20_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $    27,909.29

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Richard Supply Co., Inc._____,    Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eagle Insulation  Dist Inc<br>42-14 21st Street<br>Long Island City NY 11101 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 2,194.40 |
| ACCOUNT NO.<br><br>Elkay Manufacturing Company<br>PO Box 73606<br>Chicago IL 60673-7606 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 210.16 |
| ACCOUNT NO.<br><br>Embssy Industries Inc<br>PO Box 414461<br>Boston MA 02241-4461 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 58,702.09 |
| ACCOUNT NO.<br><br>Epicor Software Corp<br>PO Box 671069<br>Dalls TX 75267-1069 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,945.92 |
| ACCOUNT NO.<br><br>Everbank Commercial Finance<br>10 Waterview Blvd<br>Parsippany NJ 07054 | | | Incurred: Prior to 10/14<br>Consideration: Lease | | | | Unknown |

Sheet no. __6__ of _20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    63,052.57

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Richard Supply Co., Inc._____,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Everflow Supplies Inc<br>1274 49th Street (PMB 295)<br>Brooklyn NY 11219 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 8,426.13 |
| ACCOUNT NO.<br><br>Exxon<br>PO Box 4741<br>Houston TX 77210 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | Unknown |
| ACCOUNT NO.<br><br>Fernco Inc<br>PO Box 77099<br>Detroit MI 48277 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 2,523.19 |
| ACCOUNT NO.<br><br>Frank Bros Fuel Corp<br>7 Bedford Avenue<br>PO Box 5549<br>Bayshore NY 11706 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 2,128.56 |
| ACCOUNT NO.<br><br>Goodman Sales Company<br>12 Porte Avenue<br>N Arlington NJ 07031 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,366.00 |

Sheet no. 7 of 20 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    14,443.88

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,          Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greenart Plumbing Supply<br>10444 Merrick Road<br>Baldwin NY 11510 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 27,075.94 |
| ACCOUNT NO.<br><br>Grohe America Inc<br>PO Box 99249<br>Chicago IL 60693 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 86.90 |
| ACCOUNT NO.<br><br>Hartford<br>PO Box 660916<br>Dallas TX 75266-0916 | | | Incurred: Prior to 10/14<br>Consideration: Premiums | | | | Unknown |
| ACCOUNT NO.<br><br>Heat Link Group Inc.<br>4603 E 13th Street NE<br>Calgary Alberta CA<br>T2E 6M3 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 2,881.72 |
| ACCOUNT NO.<br><br>Huntington Plbg Supply<br>310 Broadway<br>Huntington Station NY 11746 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 278.73 |

Sheet no. _8_ of _20_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  30,323.29

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Richard Supply Co., Inc._____ ,        Case No. _____
         **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> IBM Corp-2NR <br> PO Box 105063-DV4 <br> Atlanta GA 30348-5063 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 1,466.44 |
| ACCOUNT NO. <br><br> IPS Corporation <br> PO Box 6070 <br> Boston MA 02212-6070 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 5,675.13 |
| ACCOUNT NO. <br><br> Jaclo Industries <br> 129 Dermody Street <br> Cranford NJ 07016 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 1,068.30 |
| ACCOUNT NO.  67815/14 <br><br> Kessler Industries <br> Meyers Saxon & Cole <br> 3620 Quentin Road <br> Brooklyn NY 11234 | | | Incurred: Prior to 10/14 <br> Consideration: Breach of Contract | | | | 109,479.33 |
| ACCOUNT NO. <br><br> Kessler Sunbelt <br> Lockbox # 842811 <br> Boston MA 02284-2811 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | X | 76,815.33 |

Sheet no. __9__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 194,504.53

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Richard Supply Co., Inc._____,                    Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kingston Brass<br>6240 Prescott Court<br>Chino CA 91710 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 408.37 |
| ACCOUNT NO.<br><br>Krown Metal Corp<br>100 Haul Road<br>Wayne NJ 07470 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 216.25 |
| ACCOUNT NO.<br><br>Liberty Pumps<br>7000 Apple Tree Avenue<br>Bergen NJ 14416 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 2,627.84 |
| ACCOUNT NO.<br><br>LIPA/PSEG<br>PO Box 888<br>Hicksville NY 11802-0888 | | | Incurred: Prior to 10/14<br>Consideration: Utilities | | | | 75.95 |
| ACCOUNT NO.<br><br>Local 282 Building Fund<br>2500 Marcus Avenue<br>Lake Success NY 11042 | | | Incurred: Prior to 10/14<br>Consideration: Union | | | | 16.60 |

Sheet no. 10 of 20 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $   3,345.01

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,     Case No. _____
                **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Local 282 Check Off Fund<br>2500 Marcus Avenue<br>Lake Success NY 11042 | | | Incurred: Prior to 10/14<br>Consideration: Union | | | | 91.30 |
| ACCOUNT NO.<br>Local 282 Job Training Trust<br>2500 Marcus Avenue<br>Lake Success NY 11042 | | | Incurred: Prior to 10/14<br>Consideration: Union | | | | 8.00 |
| ACCOUNT NO.<br>Local 282 Pension Trust Fund<br>2500 Marcus Avenue<br>Lake Success NY 11042 | | | Incurred: Prior to 10/14<br>Consideration: Union | | | | 526.40 |
| ACCOUNT NO.<br>Local 282 Welfare Trust Fund<br>2500 Marcus Avenue<br>Lake Success NY 11042 | | | Incurred: Prior to 10/14<br>Consideration: Union | | | | 1,200.00 |
| ACCOUNT NO.<br>Lux Products Corp<br>PO Box 510087<br>Philadephia PA 19175-0087 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 4,503.94 |

Sheet no. __11__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    6,329.64

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:50 - UMZV-JABM***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Richard Supply Co., Inc._____,       Case No. _____
    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maco Lead Products<br>PO Box 949<br>Westbury NY 11590 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 3,429.08 |
| ACCOUNT NO.<br><br>Mag-Bit/Magnus Industries Inc<br>10032 S Pioneer Blvd<br>Santa Fe Srpings CA 90670-3222 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,575.01 |
| ACCOUNT NO.<br><br>Marc D. Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | | | Incurred: Prior to 10/14<br>Consideration: Shareholder | | | | Unknown |
| ACCOUNT NO.<br><br>Marplat Co Inc<br>PO Box 949<br>298 Montrose Road<br>Westbury NY 11590 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 7,284.92 |
| ACCOUNT NO.<br><br>Matco Norca<br>PO Box 823434<br>Philadelphia PA 19182-3434 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 7,512.81 |

Sheet no.  12  of 20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        19,801.82

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,          Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mountain Plumbing Products<br>PO Box 630008<br>Irving TX 75063 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 869.53 |
| ACCOUNT NO.<br><br>National Environmental<br>50 Bethpage Road<br>Hicksville NY 11801 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 329.02 |
| ACCOUNT NO.<br><br>National Grid<br>PO Box 9037<br>Hicksville NY 11802-9037 | | | Incurred: Prior to 10/14<br>Consideration: Utilities | | | | Unknown |
| ACCOUNT NO.  11800048<br><br>New York Commercial Bank<br>One Jericho Plaza<br>Wing B 2nd Floor<br>Jericho NY 11753 | X | | Incurred: Prior to 10/14<br>Consideration: Guaranty for mortgage with Richjan Corp | X | X | X | 1,000,000.00 |
| ACCOUNT NO.<br><br>Oatey Scs<br>PO Box 92138<br>Main Post Office<br>Cleveland OH 44191 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 3,146.59 |

Sheet no. __13__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    1,004,345.14

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Richard Supply Co., Inc._____,          Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paint Applicator Corp<br>7 Harbor Park Drive<br>Port Washington NY 11050 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,613.02 |
| ACCOUNT NO.<br><br>Pasco Specialty & Mfg Inc<br>PO Box 1747<br>Lynwood CA 90262 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 3,379.35 |
| ACCOUNT NO.<br><br>PHC Distribution Inc<br>4140 Industriel<br>Laval Quebec Canada<br>H7L 6H1 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 29,278.33 |
| ACCOUNT NO.  5790382-005<br><br>Pitney Bowes Global Financial Svcs<br>27 Waterview Drive<br>Shelton CT 06484 | | | Incurred: Prior to 10/14<br>Consideration: Lease | | | | Unknown |
| ACCOUNT NO.<br><br>Pitney Bowes Inc<br>PO Box 85390<br>Louisville KY 40285 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 299.62 |

Sheet no. __14__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $      34,570.32

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,    Case No. _____
                   **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Platsky Company Inc<br>298 Montrose Road<br>Westbury NY 11590 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 30,269.43 |
| ACCOUNT NO.<br><br>Progressive Waste Solutions<br>1198 Prospect Avenue<br>Westbury NY 11590-2723 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | Unknown |
| ACCOUNT NO.<br><br>Rathe Associates<br>1650 New hwy<br>Farmigdale NY 11735 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 49,603.18 |
| ACCOUNT NO.<br><br>Richard B. Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | | | Incurred: Prior to 10/14<br>Consideration: Shareholder | X | X | | Unknown |
| ACCOUNT NO.<br><br>Richjan Corp<br>1963 Union Blvd<br>Bayshore NY 11706 | | | Incurred: Prior to 10/14<br>Consideration: Loan | | | | Unknown |

Sheet no. __15__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    79,872.61

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19.51 - UMZV-JABM***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Richard Supply Co., Inc._____,    Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | | | Incurred: Prior to 10/14<br>Consideration: Shareholder | | | | Unknown |
| ACCOUNT NO.<br><br>Safe 'N' Sound Appliances Inc<br>PO Box 949<br>298 Montrose Road<br>Westbury NY 11590 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 172.51 |
| ACCOUNT NO.<br><br>Sayville Furnace & Stove Co<br>72-15 Metropolitan Avenue<br>PO Box 790148<br>Middle Village NY 11379-2107 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,159.79 |
| ACCOUNT NO.<br><br>Shell Oil Company<br>PO Box 659501<br>San Antonio TX 78265 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | Unknown |
| ACCOUNT NO.<br><br>Sioux Chief Mfg Co Inc<br>PO Box 877700<br>Kansas City MO 64187-7700 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 4,926.00 |

Sheet no. __16__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    6,258.30

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,        Case No. _____
   **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Slant/Fin Corporation<br>100 Forest Drive at East Hills<br>Greenvale NY 11548 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 25,224.45 |
| ACCOUNT NO.<br><br>Southshore Truck Repair<br>1073 Prospect Avenue<br>West Islip NY 11795 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,801.43 |
| ACCOUNT NO.<br><br>Suffolk County Water Authority<br>PO Box 3147<br>Hicksville NY 11802-3147 | | | Incurred: Prior to 10/14<br>Consideration: Utilities | | | | 56.27 |
| ACCOUNT NO.<br><br>Sunoco<br>PO Box 6407<br>Sioux Falls SD 57117-6407 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | Unknown |
| ACCOUNT NO.<br><br>Superior Tanks Ltd<br>55 Progress Drive<br>St Stephen NB<br>53L 5YB | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | X | 47,307.00 |

Sheet no. __17__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $    74,389.15

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,     Case No. _____
      **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tash Sales Co Inc <br> 150 Wyandanch Avenue <br> Wyandanch NY 11798 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 1,204.10 |
| ACCOUNT NO. <br><br> Triple "S" Specialties <br> 10148 Avenue D <br> Brooklyn NY 11236 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | X | 31,897.32 |
| ACCOUNT NO. <br><br> United Parcel Service <br> PO Box 85036 <br> Louisville KY 40285 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | | 48.76 |
| ACCOUNT NO. <br><br> United Pipe & Steel Corp <br> 83 Turnpike Road <br> Ipswich MA 01938 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | X | 21,587.19 |
| ACCOUNT NO. <br><br> Uponor Wirsbo <br> PO Box 640733 <br> Pittsburgh PA 15264-0733 | | | Incurred: Prior to 10/14 <br> Consideration: Vendor | | | X | 51,015.56 |

Sheet no. __18__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    105,752.93

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Richard Supply Co., Inc._____,        Case No. _____
           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Utility Manufacturing Co Inc<br>700 Main Street<br>Westbury NY 11590 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 2,787.78 |
| ACCOUNT NO.<br><br>Verizon<br>PO Box 15124<br>Albany NY 12212-5124 | | | Incurred: Prior to 10/14<br>Consideration: Services | | | | Unknown |
| ACCOUNT NO.<br><br>W.B Mason<br>PO Box 981101<br>Boston MA 02298-1101 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 249.79 |
| ACCOUNT NO.<br><br>Wales Darby Inc<br>2910 Express Drive South<br>Islandia NY 11749 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 22,259.33 |
| ACCOUNT NO.<br><br>Wallace Eannace Associates Inc<br>50 Newton Road<br>PO Box 9121<br>Plainview NY 11803-9021 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 14,003.88 |

Sheet no. __19__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   39,300.78

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Richard Supply Co., Inc._____,        Case No. _____
             **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Warwick Hanger<br>34 Canal Street<br>Westerly RI 02891 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 1,618.37 |
| ACCOUNT NO.<br><br>Webstone Company Inc<br>PO Box 59<br>Worecester MA 01613 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 4,524.73 |
| ACCOUNT NO.<br><br>Your Other Warehouse<br>PO Box 973750<br>Dallas TX 75397-3750 | | | Incurred: Prior to 10/14<br>Consideration: Vendor | | | | 4,862.08 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. __20__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        11,005.18

Total▷  $     1,904,244.95

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07)**

In re  Richard Supply Co., Inc. _____  Case No. _____
                        **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| Pitney Bowes Global Financial Svcs<br>27 Waterview Drive<br>Shelton CT 06484 | Lease for postage machine; term: 36 months; quarterly payment $141.00<br><br>Contract No: 5790382-005 |
| Everbank Commercial Finance<br>10 Waterview Blvd<br>Parsippany NJ 07054 | Lease for copy machine; term: 48 months; $120 monthly payment |
| Avaya<br>14400 Hertz Quail Spring Pkwy<br>Oklahoma City OK 73134 | Monthly phone services<br><br>Contract No: 0101944595 |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** - PDF-XChange 4.0

B6H (Official Form 6H) (12/07)

In re  Richard Supply Co., Inc.                           Case No.  _____
           **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Marc D. Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | New York Commercial Bank<br>One Jericho Plaza<br>Wing B 2nd Floor<br>Jericho NY 11753 |
| Robert Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | New York Commercial Bank<br>One Jericho Plaza<br>Wing B 2nd Floor<br>Jericho NY 11753 |
| Richard B. Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | New York Commercial Bank<br>One Jericho Plaza<br>Wing B 2nd Floor<br>Jericho NY 11753 |
| Richjan Corp<br>1963 Union Blvd<br>Bayshore NY 11706 | New York Commercial Bank<br>One Jericho Plaza<br>Wing B 2nd Floor<br>Jericho NY 11753 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** - PDF-XChange 4.0

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
### Eastern District of New York

In re    Richard Supply Co., Inc.

—————————————————————
                    Debtor

Case No. —————————————

Chapter    __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 345,892.29 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 1,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 21 | | $ 1,904,244.95 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 31 | $ 345,892.29 | $ 2,904,244.95 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** - PDF-XChange 4.0

Official Form 6 - Statistical Summary (12/14)

# United States Bankruptcy Court
### Eastern District of New York

In re  Richard Supply Co., Inc.                                    Case No. _____
                    Debtor

                                                                   Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $    N.A. |
| Average Expenses (from Schedule J, Line 22) | $    N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

**B6 (Official Form 6 - Declaration) (12/07)**

In re   Richard Supply Co., Inc. _____        Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Debtor**

Date _____　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(Joint Debtor, if any)**

　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------------
　　　**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

　　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　　　　　_____
Printed or Typed Name and Title, if any,　　　　　　　　Social Security No.
of Bankruptcy Petition Preparer　　　　　　　　　　　　*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____　　　　　　_____
　　　Signature of Bankruptcy Petition Preparer　　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the   Vice President _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Richard Supply Co., Inc. _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __33__ sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date ___02/26/2015_____　　　　　　　Signature:　___/s/ Marc D. Rifkin_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARC D. RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------------------------------------------
　　　　*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In Re  Richard Supply Co., Inc. _____

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

**None**
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2015 | 248,192.57 | Gross Receipts | FY: 1/1/15- to 2/28/15 |
| 2014 | 2,329,009.00 | Gross Receipts | FY: 4/1/13 to FYE 3/31/14 |
| 2013 | 2,235,667.00 | Gross Receipts | FY: 4/1/12 to FYE 3/31/13 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM****** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** – PDF-XChange 4.0

**2.  Income other than from employment or operation of business**

None

☒       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

None

☐ **3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| New York Commercial Bank<br>One Jericho Plaza<br>Wing B 2nd Floor<br>Jericho NY 11753 | Various | TBD | 750,000.00 |
| Citibank<br>100 Citibank Drive<br>Bldg 1-Flr 1<br>San Antonio TX 78245 | Various | TBD | 250,000.00 |

None



*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

☒     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Augustus & Patricia Nazzaro v Debtor | Claim for asbestos exposure | | Pending |
| Kessler Industries Inc v Deb67815/14 | Breach of Contract | Supreme Court State of New York County of Suffolk | Pending |
| Debtor v Liberty Eagle Plumbing & Heating & Robert Joscelyn 4761/12 | Collections | Supreme Court State of New York County of Suffolk | Default Judgment |
| Debtor v Snap Plumbing 2467/13 | Collections | Supreme Court State of New York County of Suffolk | Default Judgment |

None

☒     b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.    Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☒

      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Heath S. Berger<br>Berger, Fischoff & Shumer, LLP<br>40 Crossways Park Drive<br>Woodbury, NY 11797 | Payor: Marsha Rifkin | $20,000 plus $1,710 filing fee |

---

**10. Other transfers**

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|

---

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY OR<br>DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                      7

**15.  Prior address of debtor**

None


    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                               DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None


    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None


a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None


| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐       bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Ira D. Ganzfried, CPA PC                                    50 years to present
251 Fifth Avenue 4th Fl
New York NY 10016

None    b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒       have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                             ADDRESS                    DATES SERVICES RENDERED

None    c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐       of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                             ADDRESS

Ira D. Ganzfried, CPA PC            251 Fifth Avenue 4th Fl
                                   New York NY 10016

None    d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐       financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                              DATE
                                             ISSUED

New York Commercial Bank                  Annually

**20. Inventories**

None    a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒       taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None
☒
   b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF
                                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None
☒
   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS             NATURE OF INTEREST             PERCENTAGE OF INTEREST

None
☐
   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Richard B. Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | President | 51% equity interest |
| Marc D. Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | Vice President | 24.5% equity interest |
| Robert Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706 | Secretary | 24.5% equity interest |

**22. Former partners, officers, directors and shareholders**

None
☒
   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                              ADDRESS                      DATE OF WITHDRAWAL

None ⊠    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23.  Withdrawals from a partnership or distribution by a corporation

None ☐    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert Rifkin<br>1963 Union Blvd<br>Bayshore NY 11706<br>Relationship: Secretary | Annual salary | $109,200.00 |

### 24.  Tax Consolidation Group

None ⊠    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25.  Pension Funds

None ⊠    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    02/26/2015            Signature    /s/ Marc D. Rifkin

                                           MARC D. RIFKIN,
                                           Vice President

                                           Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

               0    continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-873 - Monday, March 02, 2015, at 15:19:51 - UMZV-JABM**** - PDF-XChange 4.0

Acetylene Supply Company
PO Box 607
Princeton Junction NJ 08550-0607

Acme Heat & Power Inc
590 Oaks Street
Copiauge NY 11726

AF Suuply Co
1000 South 2nd Street
Harrison NJ 07029

AFA Protective Systems Inc
155 Michael Drive
Syosset NY 11791

Altherm Inc
255 Humphrey Street
Englewood NJ 07631

American Express
PO Box 981535
El Paso TX 79998-1535

American Solutions for Business
8479 Solution Center
Chicago IL 60677-8004

As America Inc
PO Box 202893
Dallas TX 75320-2893

Asap Sales Corp
201 Montrose Road
Westbury NY 11590

AT&T Credit Card
PO Box 6284
Sioux Falls SD 57117-6284

Augustus & Patricia Nazzaro
Napoli Bern Ripka Shkolnik & Assoc LLP
Empire State Bldg
250 5th Ave #7413
New York NY 10118


Avaya
14400 Hertz Quail Spring Pkwy
Oklahoma City OK 73134


Avaya
14400 Hertz Qual Spring Pkwy
Oklahoma City OK 73134


Boshart Industries
4500 Pell Drive Ste A
Sacramento CA 95838


Bruco Products
4934 Starr SE
Grand Rapids MI 49546


Bud Rothenburg Associates
104 Rushmore Street
Westbury NY 11590


Budshore Inc
1912-1914 Union Blvd
Bayshore NY 11706


Bug Free Exterminating Inc
PO Box 8
Mastic NY 11950


Cablevision of Islip
PO Box 9202
Uniondale NY 11555-9202


Canplas LLC
PO Box 637994
Cincinnati OH 45263-7994

Capuano Home Appliance Sales
215A Central Ave
East Farmingdale NY 11735


Cash Acme
PO Box 934489
Atlanta GA 31193-4489


Cello Products Inc
210 Avenue Road
Cambridge Ontario CA NIR 8H5



Chase Credit Card
PO Box 15123
Wilmington DE 19850-5123


Citi Credit Card
PO Box 6004
Sioux Falls SD 57117-6004


Citibank
100 Citibank Drive
Bldg 1-Flr 1
San Antonio TX 78245


CNA
PO Box 382033
Pittsburg PA 15250-8033


Dellon Sales Company
5 Albertson Avenue
Albertson NY 11507


Delta Faucet Company
Dept 78702
PO Box 78000
Detroit MI 48278-0702


Dickson Industries LLC
4805 8th Avenue
Brooklyn NY 11220

Diversified Heat Transfer
439 Main Road
Rte 202
Towaca NJ 07082

Eagle Insulation  Dist Inc
42-14 21st Street
Long Island City NY 11101

Elkay Manufacturing Company
PO Box 73606
Chicago IL 60673-7606

Embssy Industries Inc
PO Box 414461
Boston MA 02241-4461

Epicor Software Corp
PO Box 671069
Dalls TX 75267-1069

Everbank Commercial Finance
10 Waterview Blvd
Parsippany NJ 07054

Everbank Commercial Finance
10 Waterview Blvd
Parsippany NJ 07054

Everflow Supplies Inc
1274 49th Street (PMB 295)
Brooklyn NY 11219

Exxon
PO Box 4741
Houston TX 77210

Fernco Inc
PO Box 77099
Detroit MI 48277

Frank Bros Fuel Corp
7 Bedford Avenue
PO Box 5549
Bayshore NY 11706


Goodman Sales Company
12 Porte Avenue
N Arlington NJ 07031


Greenart Plumbing Supply
10444 Merrick Road
Baldwin NY 11510


Grohe America Inc
PO Box 99249
Chicago IL 60693


Hartford
PO Box 660916
Dallas TX 75266-0916


Heat Link Group Inc.
4603 E 13th Street NE
Calgary Alberta CA
T2E 6M3


Huntington Plbg Supply
310 Broadway
Huntington Station NY 11746


IBM Corp-2NR
PO Box 105063-DV4
Atlanta GA 30348-5063


IPS Corporation
PO Box 6070
Boston MA 02212-6070


Jaclo Industries
129 Dermody Street
Cranford NJ 07016

Kessler Industries
Meyers Saxon & Cole
3620 Quentin Road
Brooklyn NY 11234


Kessler Sunbelt
Lockbox # 842811
Boston MA 02284-2811


Kingston Brass
6240 Prescott Court
Chino CA 91710


Krown Metal Corp
100 Haul Road
Wayne NJ 07470


Liberty Pumps
7000 Apple Tree Avenue
Bergen NJ 14416


LIPA/PSEG
PO Box 888
Hicksville NY 11802-0888


Local 282 Building Fund
2500 Marcus Avenue
Lake Success NY 11042


Local 282 Check Off Fund
2500 Marcus Avenue
Lake Success NY 11042


Local 282 Job Training Trust
2500 Marcus Avenue
Lake Success NY 11042


Local 282 Pension Trust Fund
2500 Marcus Avenue
Lake Success NY 11042

Local 282 Welfare Trust Fund
2500 Marcus Avenue
Lake Success NY 11042


Lux Products Corp
PO Box 510087
Philadephia PA 19175-0087


Maco Lead Products
PO Box 949
Westbury NY 11590


Mag-Bit/Magnus Industries Inc
10032 S Pioneer Blvd
Santa Fe Srpings CA 90670-3222


Marc D. Rifkin
1963 Union Blvd
Bayshore NY 11706


Marc D. Rifkin
1963 Union Blvd
Bayshore NY 11706


Marplat Co Inc
PO Box 949
298 Montrose Road
Westbury NY 11590


Matco Norca
PO Box 823434
Philadelphia PA 19182-3434


Mountain Plumbing Products
PO Box 630008
Irving TX 75063


National Environmental
50 Bethpage Road
Hicksville NY 11801

National Grid
PO Box 9037
Hicksville NY 11802-9037


New York Commercial Bank
One Jericho Plaza
Wing B 2nd Floor
Jericho NY 11753


New York Commercial Bank
One Jericho Plaza
Wing B 2nd Floor
Jericho NY 11753


Oatey Scs
PO Box 92138
Main Post Office
Cleveland OH 44191


Paint Applicator Corp
7 Harbor Park Drive
Port Washington NY 11050


Pasco Specialty & Mfg Inc
PO Box 1747
Lynwood CA 90262


PHC Distribution Inc
4140 Industriel
Laval Quebec Canada
H7L 6H1


Pitney Bowes Global Financial Svcs
27 Waterview Drive
Shelton CT 06484


Pitney Bowes Global Financial Svcs
27 Waterview Drive
Shelton CT 06484


Pitney Bowes Inc
PO Box 85390
Louisville KY 40285

Platsky Company Inc
298 Montrose Road
Westbury NY 11590


Progressive Waste Solutions
1198 Prospect Avenue
Westbury NY 11590-2723


Rathe Associates
1650 New hwy
Farmigdale NY 11735


Richard B. Rifkin
1963 Union Blvd
Bayshore NY 11706


Richard B. Rifkin
1963 Union Blvd
Bayshore NY 11706


Richjan Corp
1963 Union Blvd
Bayshore NY 11706


Richjan Corp
1963 Union Blvd
Bayshore NY 11706


Robert Rifkin
1963 Union Blvd
Bayshore NY 11706


Robert Rifkin
1963 Union Blvd
Bayshore NY 11706


Safe 'N' Sound Appliances Inc
PO Box 949
298 Montrose Road
Westbury NY 11590

Sayville Furnace & Stove Co
72-15 Metropolitan Avenue
PO Box 790148
Middle Village NY 11379-2107


Shell Oil Company
PO Box 659501
San Antonio TX 78265


Sioux Chief Mfg Co Inc
PO Box 877700
Kansas City MO 64187-7700


Slant/Fin Corporation
100 Forest Drive at East Hills
Greenvale NY 11548


Southshore Truck Repair
1073 Prospect Avenue
West Islip NY 11795


Suffolk County Water Authority
PO Box 3147
Hicksville NY 11802-3147


Sunoco
PO Box 6407
Sioux Falls SD 57117-6407


Superior Tanks Ltd
55 Progress Drive
St Stephen NB
53L 5YB


Tash Sales Co Inc
150 Wyandanch Avenue
Wyandanch NY 11798


Triple "S" Specialties
10148 Avenue D
Brooklyn NY 11236

United Parcel Service
PO Box 85036
Louisville KY 40285


United Pipe & Steel Corp
83 Turnpike Road
Ipswich MA 01938


Uponor Wirsbo
PO Box 640733
Pittsburgh PA 15264-0733


Utility Manufacturing Co Inc
700 Main Street
Westbury NY 11590


Verizon
PO Box 15124
Albany NY 12212-5124


W.B Mason
PO Box 981101
Boston MA 02298-1101


Wales Darby Inc
2910 Express Drive South
Islandia NY 11749


Wallace Eannace Associates Inc
50 Newton Road
PO Box 9121
Plainview NY 11803-9021


Warwick Hanger
34 Canal Street
Westerly RI 02891


Webstone Company Inc
PO Box 59
Worecester MA 01613

```
Your Other Warehouse
PO Box 973750
Dallas TX 75397-3750
```